UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | DOCKET NO. 2:91CR00033(PCD) |
| | : | |
| HOWARD GRAHAM | : | |

## MOTION TO DISMISS

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves to dismiss the Indictment against Howard Graham.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


ALEX V. HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
915 Lafayette Boulevard  Room 309
Bridgeport, Connecticut   06604
(203) 696-3000
Federal Bar No. ct08345